# United States District Court for the Northern District of Illinois

Case Number: 08CV3562        Assigned/Issued By: DAJ

Judge Name: GETTLEMAN        Designated Magistrate Judge: ASHMAN

---

## FEE INFORMATION

*Amount Due:*   ☑ $350.00   ☐ $39.00   ☐ $5.00
                ☐ IFP       ☐ No Fee   ☐ Other _____
                ☐ $455.00

Number of Service Copies _____        Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350.00                Receipt #: 2876331

Date Payment Rec'd: 06/20/08       Fiscal Clerk: DAJ

---

## ISSUANCES

☑ Summons                              ☐ Alias Summons

☐ Third Party Summons                  ☐ Lis Pendens

☐ Non Wage Garnishment Summons         ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons   _____
                                       _____
☐ Citation to Discover Assets          (Victim, Against and $ Amount)

☐ Writ _____
        (Type of Writ)

_1_ Original and _0_ copies on _06/20/08_ as to _DEF._ _____
                                (Date)

C:\wpwin80\docket\feeinfo.frm    03/14/05