UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

SUMMONS IN A CIVIL CASE

| | |
|---|---|
| INTERNATIONAL BROTHERHOOD OF TEAMSTERS LOCAL UNION NO. 731, <br><br> Plaintiff, <br><br><br><br> v. <br><br> ARC DISPOSAL COMPANY, INC., <br><br> Defendant. | Docket Number: 08CV3562 <br><br> Assigned Judge: JUDGE GETTLEMAN <br><br><br><br><br><br> Designated Magistrate Judge: MAGISTRATE JUDGE ASHMAN |

TO: ARC DISPOSAL COMPANY, INC.
c/o C T Corporation System, Registered Agent
208 South LaSalle Street, Suite 814
Chicago, IL 60604

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY:

Robert E. Bloch
Dowd, Bloch & Bennett
8 South Michigan Avenue, 19th Floor
Chicago, IL 60603

an answer to the complaint which is herewith served upon you, within **twenty (20)** days after service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

*[signature]*

---------------------------------
**(By) DEPUTY CLERK**

**June 20, 2008**
---------------------------------
**Date**

# RETURN OF SERVICE

Service of the Summons and Complaint was made by me.

DATE: 6-25-08

NAME OF SERVER (PRINT): CHRISTOPHER M. CANTERO

TITLE: CLERK

*Check one box below to indicate appropriate method of service-*

[_]  Served personally upon the defendant. Place where served: _____

[_]  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[_]  Returned unexecuted: _____

[X]  Other (specify): SERVED THROUGH CT CORP., PAWNSHULZ, 208 S LASALLE, 8TH FLOOR.

## STATEMENT OF SERVICES FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6-25-08
Date

Signature of Server

8 S. MICHIGAN AVE
Address of Server